**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00416-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ISIDRO ROBLES,

      Defendant.

---

**MINUTE ORDER**[1]

---

After conferring with counsel today in chambers, and by agreement of all, the Change of Plea hearing as to this defendant is **RESET** to **February 18, 2010**, at 3:30 p.m., at which time counsel and the defendant shall appear without further notice or order.  The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated:  January 19, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.