**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00416-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. ISIDRO ROBLES,

     Defendant.

---

## MINUTE ORDER[1]

---

On April 26, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That the sentencing hearing in the above-captioned matter is set for **May 27, 2010**, commencing at 1:30 p.m. ; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: April 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.